IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE E. HYSMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D16-0706

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed June 7, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

George E. Hysmith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jillian H. Reding, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order rendered October 28, 2015, denying petitioner's amended motion for postconviction relief in Santa Rosa County Circuit Court case number 2009-CF-355, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.